# United States District Court
## District of Connecticut

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| vs. | 3:02 cv 1609 (AWT)(DFM) |
| Margaret Clark, et al. | January 7, 2004 |

## Motion For Leave To File Amended Complaint

Pursuant to Fed.R.Civ.P. 15(a), the plaintiff respectfully moves this honorable Court to grant him leave to file the proposed Amended Complaint, attached hereto.

The attached proposed amended complaint differs from the currently operative complaint in the following ways:

1. It excludes defendants — Holland and Faneuff, because by ruling of the Court dated December 4, 2003 these two defendants were dismissed out of this case.

2. The attached proposed amended complaint contains a more detailed recitation of the underlying facts, which is essential for the jury trial and resolution of this case.

3. "'Amplification of previously alleged claims is one of the clearest cases for leave to amend.'" Wells V. Harris, 185 F.R.D. at 132, Shapiro V. Cantor, 123 F.3d 717 (2nd Cir. 1997) District Court should freely give leave to amend complaint.

Wherefore, this honorable Court should grant plaintiff leave to amend the complaint.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of January 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba