<u>United States District Court</u>
<u>District of Connecticut</u>

**FILED**
2004 MAR -1 P 5:14
US DISTRICT COURT
BRIDGEPORT CT

Duane Ziemba | Civil Action No.
             | 3:02 cv 1609 (AWT)
v.           |
             |
Margaret Clark, et al. | February 26, 2004

<u>Motion For Default Against</u>
<u>Defendants</u>

   The plaintiff hereby respectfully moves for a default judgment to be entered against the defendants, for the following reasons:

   1. By order of this Court [Doc. 31] dated August 28, 2003 the defendants were ordered: "defendants shall respond to all outstanding discovery requests pertaining to the remaing claims within thirty days from the date of the Court's ruling on the motion to dismiss." — — The ruling on the motion to dismiss was on December 4, 2003.

   2. The defendants are in default, they have

blatantly defied the [Doc. 31] dated August 28, 2003 by failing and refusing to respond to all outstanding discovery.

Wherefore, a default judgment should be entered against the defendants.

Respectfully Submitted
/s/ Duane Ziemba/Duane Ziemba
Northern C.I. Box 665
Somers, CT. 06071

### Certification

I hereby certify that a copy of foregoing was mailed to following this 26th day of February 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: /s/ Duane Ziemba
Duane Ziemba