United States District Court
District of Connecticut

FILED
2004 MAR 11 P 12:10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba

V.

Margaret Clark, et al.

Civil Action No.
3:02 cv 1609 (AWT)(DFM)

March 9, 2004

## Default Against Defendants'

The plaintiff hereby respectfully moves this honorable Court to enter a default judgment against the defendants, for the following reasons:

1. By order of this Court [Doc. 31] dated August 28, 2003 the defendants were ordered: "defendants shall respond to all outstanding discovery within thirty (30) days from the date of the Court's ruling on the motion to dismiss." — — The Court's ruling on the motion to dismiss was on December 4, 2004.

2. The defendants have blatantly defied this

order by the Court by failing and refusing to respond to all of the outstanding discovery in this case. The defendants are in default. It is now March 9, 2004 and the defendants have not responded to any of the (essential) outstanding discovery. Moreover: the defendants are in default for defying [Doc. 31] the order by this Court.

Wherefore, a default judgment should be entered against the defendants with sanctions.

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba # 128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of March 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3