## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : | |
| MARGARET CLARK, ET AL. | : | MARCH 12, 2004 |

### DEFENDANTS' RESPONSE TO
### PLAINTIFF'S MOTION FOR DEFAULT DATED FEBRUARY 26, 2004
### AND REQUEST FOR EXTENSION FO TIME

The plaintiff, a pro se inmate incarcerated at Northern Correctional Institution, brings this motion for default asserting that the defendants have failed to respond to outstanding discovery. In support of his motion, plaintiff asserts that the defendants violated the Court's order dated December 4, 2003 (Docket No. 32). However, subsequent to the Court's ruling, the plaintiff filed a motion to yet again amend his complaint (Docket No. 33), and insert a number of new factual and legal allegations. The defendants have objected to plaintiff's motion (Docket No. 34) and the motion remains pending before the Court. Accordingly, it is the defendants' position that until the plaintiff's request to amend is ruled upon, thus identifying the legal and factual claims pending in this case, it is premature for the plaintiff to compel the defendants to respond to discovery. This position was communicated to the plaintiff by letter dated February 6, 2004. (See Attachment A).

**WHEREFORE**, the defendants respectfully request that plaintiff's motion for default be denied. Moreover, the defendants request that they be granted thirty (30) days from the Court's disposition of plaintiff's motion to amend to respond to plaintiff's discovery.

DEFENDANTS
Margaret Clark, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    /s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail:  matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day

of March, 2004:

Duane Ziemba  # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

/s/_____
Matthew B. Beizer
Assistant Attorney General