*Tel: (860) 808-5450*
*Fax: (860) 808-5591*

February 6, 2004

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

**RE:** **Ziemba v. Clark**, **No. 3:02CV1609 (AWT)(DFM)**

Inmate Ziemba:

I am in receipt of your various letters dated February 2, 2004 in which you apparently attempt to "informally" resolve several discovery items.  As you know, pending before the Court is your motion to amend your complaint and the defendants' objection thereto.  As you also know from your numerous other cases, with these motions pending, it is premature to respond to discovery, or to move to compel the responses to discovery.  Accordingly, you should await the Court's disposition of these motions prior to addressing discovery.


/s/
Matthew B. Beizer
Assistant Attorney General

MBB/ni