United States District Court
District Of Connecticut

FILED
2004 MAR 18 P 4: 16
U.S. DISTRICT COURT
BRIDGEPORT CONN

Duane Ziemba | Civil Action No.
| 3:02 cv 1609 (AWT)(DFM)
VS. |
|
Margaret Clark, et al. | March 16, 2004

## Supplemental Motion For Default Against The Defendants'

In addition to the motion(s) for default already on record, the plaintiff hereby respectfully moves this honorable Court to enter a default judgment against the defendants', for the following reasons:

1. By order of this Court dated August 28, 2003 [Doc. 31] — the defendants were ordered: "defendants shall respond to all outstanding discovery within thirty (30) days from the Court's ruling on the motion to dismiss". — — The Court's ruling on the motion to dismiss was on December 4, 2003. Therefore the defendants' had until

January 4, 2004 to respond to all outstanding discovery. But they failed utterly to do so. It is now March 16, 2004 and the defendants' have intentionally failed to respond to all of the outstanding discovery (or any discovery). The defendants' have blatantly defied the order by the Court and they are in default.

2. The defendants' by motion dated March 12, 2004 have filed a response to the plaintiff's default motion. They outrageously claim that because plaintiff has moved for leave to file an amended complaint that thus precludes them from responding to discovery. The defendants claim is extremely frivolous and must be rejected.

3. Simply because plaintiff has moved to file an amended complaint, thus does not preclude the defendant from responding to plaintiff's discovery. And it does not justify the defendants' blatantly defying the order by this Court. The defendants' are in default.

#2

4. Moreover: the defendants' are not legally precluded from responding to the discovery in this action -- Simply due to plaintiff has moved for leave to amend. Indeed, the defendants' have blatantly defied the order by this Court.

5. The plaintiff would not get away with it, and the defendants' should not be permitted to get away with challenging this Court and defying the order by the Court. The defendants' are-in-default for defying the Court order and not responding to all outstanding discovery.

Wherefore, a default judgment with sanctions should be entered against the defendants.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#3

<u>Certification</u>

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of March 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06071

By: *Duane Ziemba*
Duane Ziemba