UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : |  |
| MARGARET CLARK, ET AL. | : | APRIL 28, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
DISCOVERY DIRECTED TO DEFENDANT ARMSTRONG AND
TO FILE A MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the undersigned defendants request an extension of time to respond to a third set of interrogatories posed to former Commissioner Armstrong and to file a motion for summary judgment. In support thereof, the defendants submit as follows:

A. The plaintiff, a pro se inmate, brings this action against three correctional officials: former Commissioner Armstrong, former Northern Warden Myers, and Correctional Nurse Clark.

B. By Ruling and Order dated April 8, 2004, the Court denied the plaintiff's motion to amend his complaint for a third time. The Court also ruled that all outstanding discovery shall be responded to within thirty (30) days of the Court's order and that any motions for summary judgment be filed within sixty (60) days from the date of the Court's order.

C. The defendants have responded to, or are in the process of responding to, all open discovery with the exception of a third set of interrogatories served on defendant Armstrong.

  D. While the defendants responded to two sets of interrogatories directed to defendant Armstrong, they have been unable to respond to the third set of interrogatories because since August, 2003, defendant Armstrong has been serving in Iraq at the request of the United States Government.

  E. On information and belief, defendant Armstrong is slated to complete his service in Iraq and return to Connecticut in June, 2004.

  F. Additionally, the defendants intend to file a motion for summary judgment and submit that all of the plaintiff's claims should be dismissed as a matter of law.

  G. However, due to defendant Armstrong's service in Iraq, the undersigned has been unable to obtain any assistance/input/consultation from defendant Armstrong in preparing defendants' motion for summary judgment.

  H. In order to adequately prepare a motion for summary judgment, it is essential for the undersigned to receive assistance/input/consultation from defendant Armstrong.

  I. This is a claim for <u>money damages</u> by an inmate who will remain incarcerated until at least 2013. Accordingly, the plaintiff will not be prejudiced, in any respect, by the granting of an extension of time to allow defendant Armstrong to meaningfully participate in defendants' motion for summary judgment.

  J. The plaintiff, a pro se inmate, has not been contacted by the undersigned concerning this request.

  K. This is the first motion for extension of time filed by the defendants concerning the Court's schedule for filing dispositive motions.

WHEREFORE, the defendants request the following extensions of the Court's deadlines set forth in its April 8, 2004 Order:

1. Defendants shall file their responses to plaintiff's third set of interrogatories to defendant Armstrong by July 15, 2004.

2. Defendants shall file their motion for summary judgment by August 15, 2004.

        DEFENDANTS
        Margaret Clark, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: /s/_____
       Matthew B. Beizer
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT 06105
       Federal Bar #ct16304
       E-Mail: matthew.beizer@po.state.ct.us
       Tel: (860) 808-5450
       Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of April, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

        /s/_____
        Matthew B. Beizer
        Assistant Attorney General