UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -7  P 5:02

U.S. DISTRICT COURT
HARTFORD, CT.

DUANE ZIEMBA

v.                                    Case No. 3:02CV1609(AWT)(DFM)   PRISONER

MARGARET CLARK, et al.

## RULING AND ORDER

Defendants seek an extension of time to respond to plaintiff's third set of interrogatories directed to defendant Armstrong and to file a motion for summary judgment. Defendants state that Armstrong has been in Iraq since August 2003 and is expected to return to the United States in June 2004.

Defendants' motion [**doc. #43**] is **GRANTED**. Defendants shall respond to the third set of interrogatories directed to defendant Armstrong on or before **July 15, 2004**, and file a motion for summary judgment on or before **August 15, 2004**.

**SO ORDERED** this 7th day of May, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE