United States District Court
District of Connecticut

**FILED**
2004 MAY -6  P 6:02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba

Vs.

Margaret Clark, et al.

Civil Action No.
3:02 cv 1609 (AWT)(DFM)

May 4, 2004

### Plaintiff's Motion Renewing His Motion To Compel Production Of Videotapes

Plaintiff hereby respectfully moves to renew his motion to compel production of videotapes, for the following reasons:

1. By Court ruling and order dated August 28, 2003, the Court stated that plaintiff may renew his motion to compel videotapes should the defendants' motion to dismiss be denied in whole or in part. On April 8, 2004 the motion to dismiss was denied in part. Accordingly, the plaintiff now respectfully moves to renew his motion to compel videotapes.

2. Please see Exhibit A, the plaintiff wrote Counsel for the defendants' this letter dated February 2, 2004 informally attempting to resolve this matter before filing this motion. No response to this letter was received and the requested videotapes have not been produced.

3. Exhibit B, is a copy of the plaintiff's motion to compel production of videotapes, which he is moving to renew.

Wherefore, for all the foregoing reasons this honorable Court should grant this motion.

The Plaintiff
Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of May 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3

# EXHIBIT A

Matthew B. Beizer  
Assistant Attorney General  
110 Sherman Street  
Hartford, CT. 06105

February 2, 2004

Zienba V. Clark, et al. No. 3:02 cv 1609 (AWT)(DFM)

Dear Attorney Beizer

By ruling and order of the Court dated 8/28/03, the Court stated that I may renew my motion to compel videotapes should the motion to dismiss be denied in part (as it was). Before I renew my motion to compel, in good faith I am again informally attempting to resolve this matter. I, again, respectfully request for the defendants to comply with my 4/7/03 production of videotapes request. And for them to produce copies of the videotapes to Pamela Zienba at 274 Plaza Drive Middletown, CT. 06457.

Sincerely, Duane Zienba  
Duane Zienba #128963  
Northern C.I.  
P.O. Box 665  
Somers, CT. 06071

# EXHIBIT B

<u>United States District Court</u>
<u>District Of Connecticut</u>

Duane Ziemba

Civil Action No.
3:02 cv 1609 (AWT)(DFM)

V.

Margaret Clark, et al.

July 21, 2003

<u>Motion To Compel Production</u>
<u>Of Videotapes</u>

Pursuant to Rules 34(b) and 37(a), Fed.R.Civ.P., the plaintiff respectfully moves this honorable Court for an order compelling the defendants to produce the videotapes of this case. In support is an accompanying memorandum of law.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of July, 2003:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

(2)

<u>United States District Court</u>
<u>District Of Connecticut</u>

Duane Zienba

V.

Margaret Clark, et al.

Civil Action No.
3:02 cv 1609 (AWT)(DFM)

July 21, 2003

<u>Memorandum Of Law In Support Of</u>
<u>Motion To Compel Prodution Of</u>
<u>Videotapes</u>

1. Attachment A-1, on April 7, 2003 the plaintiff served on the defendants a Request For Production Of Videotapes. Which requested that they produce copies of the videotapes from the October 6 and 7, 1999 incidents. Pursuant to Rule 34, Fed. R. Civ. P., Pamela Zienba is acting on the requestors behalf. And the plaintiff (See Production Request) Very Specifically directed the defendants to produce copies of the videotapes to Pamela Zienba at 274 Plaza Drive Middletown, CT. 06457.

2. Attachment A-2, on May 20, 2003 counsel for the defendants filed a response. And he unjustly in Violation of Fed. R. Civ. P., refused to

produce the videotapes to Pamela Ziemba, and he outrageously stated that videotapes are contraband at Northern C.I., where the plaintiff is presently incarcerated and that he will maintain said videotapes.

3. Attachments A-3 and A-4, are letters by the plaintiff to counsel for the defendants dated May 27, 2003 and July 9, 2003. The plaintiff two times informally attempted to resolve this discovery dispute, to no avail.

## Legal Argument

Rule 34, Fed.R.Civ.P., provides that discovery evidence be produced to person acting on the requestors behalf. The plaintiff, very carefully has complied with the Fed.R.Civ.P., please see Attachment A-1, where he clearly identified that pursuant to Rule 34, Pamela Ziemba is acting on his behalf and he directed the defendants to produce the videotapes to Pamela Ziemba.

Counsel for the defendants, to intentionally and knowing violate the Fed.R.Civ.P., in order to hide this essential evidence, he filed his extremely

(2)

frivolous response, stating that videotapes are contraband at Northern C.I.

His response is outrageously frivolous and irrelevant because the plaintiff clearly did not ask for the videotapes to be produced to him at Northern C.I. but to Pamela Ziemba pursuant to Rule 34, Fed. R. Civ. P.

1. The defendants have a long history of tampering with videotapes. To preserve the integrity of the videotapes it is legally essential that copies be produced to Pamela Ziemba pursuant to Rule 34.

2. It is essential that pursuant to Rule 34, the videotapes be produced to Pamela Ziemba, in order for the tapes to be reviewed so that the plaintiff can prepare for the jury trial of this case.

3. It is essential that pursuant to Rule 34, the videotapes be produced to Pamela Ziemba due to once the discovery in this case is completed, the plaintiff can use this discovery evidence to oppose the defendants summary judgment motion.

(3)

4. The defendants have a long history of falsely claiming they lost videotapes. Therefore it is essential that pursuant to Rule 34, copies of the tapes be produced to Pamela Zienba.

Wherefore, for all the foregoing reasons, the defendants should be ordered to produce copies of the October 6 and 7, 1999 videotapes to Pamela Zienba.

Respectfully Submitted

*Duane Zienba*

Duane Zienba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

(4)

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of July, 2003:

Matthew B. Beizer
Assistant Attorney General
110 Sherman St.
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

(5)

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

April 7, 2003

A-1

Ziemba vs. Clark, et al.
No. 3:02 cv 1609 (AWT) (DFM)

### Request For Production Of Videotapes

Pursuant to Rule 33 and 34, Fed.R.Civ.P., the defendants are directed to produce the following videotapes, within 30 days.

1. Produce copies of the videotapes from the October 6 and 7, 1999 incidents, as described in the complaint. Pursuant to Rule 34, Fed.R.Civ.P., Pamela Ziemba is acting on the requestor's behalf. Please produce the copies of the videotapes to Pamela Ziemba at 274 Plaza Drive Middletown, CT. ~~06071~~ 06457.

Respectfully Submitted
Duane Ziemba / Duane Ziemba
Northern C.I.
P.O. Box 665
Somers, CT. 06071

A-1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



A-2

| | |
|---|---|
| DUANE ZIEMBA | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT)(DFM) |
| v. | |
| MARGARET CLARK, ET AL. | MAY 20, 2003 |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF VIDEOTAPES

1. On information and belief, a videotape recording(s) was made of the event(s) described in the plaintiff's complaint and is currently being copied for the undersigned. Videotapes are contraband at Northern Correctional facility, where the pro se plaintiff is presently incarcerated. Accordingly, the undersigned will maintain and preserve said videotape(s) until plaintiff retains counsel.

DEFENDANTS
Margaret Clark, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591



A-2

A-3

Matthew B. Beizer  
Assistant Attorney General  
110 Sherman Street  
Hartford, CT. 06105

May 27, 2003

Ziemba vs. Clark, et al.  
3:02 cv 1609 (AWT)(DFM)

## Informal Attempted Resolution

Dear Attorney Beizer

I am in receipt of your response dated May 20, 2003, to my request for production of videotapes. In the violation of Fed.R.Civ.P., you have refused to produce the requested videotapes. ⟶ In my production request, I clearly identified the person and address for you to produce a copy of the videotape(s) to, Pursuant to Rule 34, Fed.R.Civ.P. But unethically in your response you have stated that videotapes are contraband at Northern CI, where I am incarcerated and that you will maintain and preserve said videotapes. I never requested for you to produce copies of the videotapes to me at Northern CI, your response is irrelevant.

You will not maintain or preserve copies of