FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 18 P 1: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : | |
| MARGARET CLARK, ET AL. | : | MAY 17, 2004 |

### DEFENDANTS' OBJECTION TO PLAINTIFF'S
### MOTION TO COMPEL PRODUCTION OF VIDEOTAPES

The undersigned defendants object to plaintiff's Motion to Compel dated May 4, 2004. In support thereof, the defendants submit as follows:

A.   The pro se plaintiff is incarcerated at Northern Correctional facility, the maximum security level facility in the State of Connecticut.

B.   Videotapes are contraband at Northern.

C.   For the purpose of preserving institutional security and protecting possible privacy interests of DOC personnel, the defendants oppose producing the tape(s) to plaintiff's mother, as suggested by the plaintiff. Specifically, the defendants are concerned with the reproduction and dissemination of the videotape(s).

D.   The defendants do not oppose producing the tapes to counsel should plaintiff retain counsel. Additionally, should the defendants file a motion for summary judgment, the videotape(s) will certainly be part of defendants' motion.

DEFENDANTS
Margaret Clark, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of May, 2004:

Duane Ziemba # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Matthew B. Beizer
Assistant Attorney General

2