FILED
2004 MAY 18  P 1: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : | |
| MARGARET CLARK, ET AL. | : | MAY 17, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME, NUNC PRO TUNC, TO RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the undersigned defendants request a thirty (30) day extension of time to respond to plaintiff's discovery requests. In support thereof, the defendants submit as follows:

1. By prior order of the Court, the defendants' responses to plaintiff's discovery were due thirty days from the Court's resolution of plaintiff's Motion to Amend his complaint.

2. On April 2, 2004, the Court ruled on plaintiff's Motion to Amend.

3. Due to an oversight, the defendants have not yet responded to plaintiff's discovery but are in the process of doing so.

4. The plaintiff, a pro se inmate, has not been contacted by the undersigned concerning this request.

5. This is the first motion for extension of time filed by the defendants since the Court's ruling on the plaintiff's motion to amend his complaint.

WHEREFORE, the defendants request a thirty (30) day extension of time to respond to plaintiff's discovery.

DEFENDANTS
Margaret Clark, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of May, 2004:

Duane Ziemba # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Matthew B. Beizer
Assistant Attorney General