FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   2004 MAY 18 P 1: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : | |
| MARGARET CLARK, ET AL. | : | MAY 17, 2004 |

### DEFENDANTS' OBJECTION TO
### PLAINTIFF'S MOTION FOR DEFAULT AND SANCTIONS

The undersigned defendants object to plaintiff's Motion for Default and Sanctions dated May 12, 2004. In support thereof, the defendants submit as follows:

1. Plaintiff is correct that defendants' discovery responses were due thirty days from the Court's ruling on plaintiff's Motion to Amend, which was issued on April 2, 2004.

2. Due to an oversight, the defendants have not yet responded to this discovery but are in the process of doing so and are requesting thirty days to do so.

3. Plaintiff has not contacted the undersigned regarding this discovery dispute and has not filed a motion to compel discovery. Accordingly, his motion for default and sanctions is premature.

WHEREFORE, plaintiff's motion should be denied.

DEFENDANTS
Margaret Clark, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of May, 2004:

Duane Ziemba # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Matthew B. Beizer
Assistant Attorney General

2