<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2004 MAY 27 P 2:55
U.S. DISTRICT COURT
BRIDGEPORT. CONN

Duane Ziemba | Civil Action
| 3:02 cv 1609 (AWT)(DFM)

Vs.

Margaret Clark, et al. | May 21, 2004

<u>Supplemental Motion Renewing</u>
<u>Motion To Compel Production Of</u>
<u>Videotapes And Response To</u>
<u>Defendants' Objection Thereto</u>

By motion dated May 4, 2004 plaintiff filed a motion renewing his motion to compel production of videotapes. The defendants' have filed an objection thereto dated May 17, 2004. The plaintiff hereby respectfully submits this Supplemental and response to the defendants' objection.

The defendants' allege that the videotapes (essential evidence of this action) cannot be produced to the plaintiff due to plaintiff is

incarcerated and videotapes are contraband. The defendants' claim is frivolous and is in violation of Rule 34, Fed. R. Civ. P. — — if this honorable Court fails to grant this motion to compel it will also be in violation of Rule 34, Fed. R. Civ. P, and <u>extremely prejudicial</u> due to the following facts:

See Rule 34, Fed. R. Civ. P. (a) Scope. "Any party may serve on any other party a request (1) to produce and permit the party making the request, <u>or someone acting on the requestor's behalf</u>" — — please refer to plaintiff's motion to compel with attached production request served on the defendants' (other party) — which is in complete accordance with Rule 34, Fed. R. Civ. P.   In that it very clearly identifies: Pamela Ziemba at 274 Plaza Drive Middletown, CT. 06457 as the person (someone in accordance with Rule 34) acting on the plaintiff's behalf, and

#2

directed the defendants' to produce the copies of said videotapes to Pamela Zienba - - not personally to plaintiff. Therefore the defendants' claim that they cannot produce the videotapes due to plaintiff is incarcerated and are contraband is a sham and legally frivolous. Because the production request does not request production of the videotapes to the incarcerated plaintiff, but production to Pamela Zienba the person acting on the requestor's **behalf** (Rule 34, Fed. R. Civ. P.).

    The videotapes of evidence are the essential evidence in this case. Unquestionably the pro se plaintiff has the same discovery rights as if an attorney was litigating this action. Therefore it will be a travesty of justice to deny the production of said videotapes. Additionally it will be <u>permanently prejudicial</u> if this honorable Court does not grant this motion compelling the videotapes. Because for trial preparation the videotapes must be

#3

produced to Pamela Ziemba the person acting on the plaintiff's behalf pursuant to Rule 34, Fed.R.Civ.P. And to move for summary judgment and/or oppose the defendants' motion for summary judgment the videotapes must be produced to Pamela Ziemba. Most importantly to preserve the integrity of the said videotapes copies must be produced to Pamela Ziemba.

The defendants' in their objection at D. state that: "they <u>do not</u> oppose producing the tapes to counsel should plaintiff retain counsel". The defendants' totally misunderstand the law, the Fed.R.Civ.P., and the pro se plaintiff's rights. Because indeed the pro se plaintiff is representing himself, thereby relevant hereto he is already <u>"plaintiff's counsel"</u>. Accordingly the defendants' must be ordered to produce the tapes.

Moreover: The plaintiff as pro se unquestionably has the same discovery rights as an attorney. The said videotapes

#4

are undoubtedly the most relevant and essential evidence in this case.

As a matter of law the production of the videotapes must ensue.

Wherefore, for all of the foregoing reasons including those set forth in the motion to compel, this honorable court should order the defendants to forthwith produce the videotapes to Pamela Ziemba.

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#5

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of May 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#6