**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : | |
| MARGARET CLARK, ET AL. | : | JUNE 3, 2004 |

**DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY AND TO WITHDRAW DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR DEFAULT AND SANCTIONS**

The undersigned defendants move to withdraw the two above-captioned motions (Docket Nos. 47 and 48) which were filed on or about May 17, 2004.  In support thereof, the defendants submit as follows:

1. The undersigned represents correctional defendants in six federal law suits brought by the plaintiff.

2. The two above-captioned motions were intended to be filed in a different federal suit involving the plaintiff.

WHEREFORE, the defendants respectfully request that these motions be withdrawn.

> DEFENDANTS
> Margaret Clark, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: /s/_____
> Matthew B. Beizer
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Federal Bar #ct16304
> E-Mail:  matthew.beizer@po.state.ct.us
> Tel: (860) 808-5450
> Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of June, 2004:

Duane Ziemba  # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

/s/_____
Matthew B. Beizer
Assistant Attorney General