UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 27  P 3: 17

U.S. DISTRICT COURT
HARTFORD, CT.

DUANE ZIEMBA :
:    PRISONER
v. :    Case No. 3:02CV1609(AWT)(DFM)
:
MARGARET CLARK, et al. :

### RULING AND ORDER

Pending are plaintiff's renewed motion to compel and defendants' motion for extension of time.

By order filed April 8, 2004, defendants were to respond to all outstanding discovery within thirty days. Defendants now seek, nunc pro tunc, a thirty-day extension of time to complete and serve their responses. Defendants' motion [**doc. #47**] is **GRANTED**.

Plaintiff has renewed his motion to compel production to his mother of the videotape of the incident giving rise to this action. Defendants oppose the motion on the ground that release of the videotape to plaintiff's mother might have an adverse impact on institutional security and violate privacy interests of correctional personnel. In addition, defendants express concern that the videotape might be copied and disseminated.

In his prior motion, plaintiff indicated that he seeks production of the videotape primarily to ensure that the videotape is not altered or lost. Although he states that

defendants have a practice of "losing" videotapes, plaintiff provides no support for this statement. Plaintiff also states that he may need to review the tape to respond to a motion for summary judgment or to prepare for trial. The defendants' attorney states that he is maintaining a copy of the videotape and notes that he would produce a copy to any attorney retained by plaintiff in the future. He also represents that he will submit a copy of the tape in support of any motion for summary judgment defendants might file in the future.

Plaintiff's motion to compel [**doc. #45**] is **DENIED**. Counsel for the defendants is directed to maintain and preserve the videotape. Should plaintiff need to review the videotape to prepare any motions or responses, he is directed to contact the defendants' attorney who will make arrangements for plaintiff to view the videotape.

**SO ORDERED** this 27th day of May, 2004, at Hartford, Connecticut.

_____
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE