United States District Court **FILED**
District Of Connecticut    2004 JUN 23 A 11: 52

U.S. DISTRICT COURT
BRIDGEPORT CONN

| Duane Ziemba | Civil Action No. |
| --- | --- |
|  | 3:02 cv 1609 (AWT)(DFM) |
| vs. |  |
| Margaret Clark, et al. | June 18, 2004 |

### Plaintiff's Motion Renewing Motion To Compel Defendant Armstrong To File Responses To Interrogatories

The plainiff hereby respectfully moves to renew [Doc.#25] his motion to compel defendant Armstrong to file responses to April 22, 2003 interrogatories, for the following reasons:

1. By Court ruling and order dated August 28, 2003, the Court ordered "that plaintiff may renew his motion to compel defendant Armstrong to file responses to interrogatories should the defendants' motion to dismiss be denied in part". On April 8, 2004 the defendants' motion was denied in part.

2. In accordance with the above Court order, the plaintiff now respectfully moves to renew [Doc. #25] the motion to compel responses to interrogatories.

Wherefore, this honorable Court should grant this motion renewing the motion to compel.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of June 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3