**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

|  |  | PRISONER |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : |  |
| MARGARET CLARK, ET AL. | : | JUNE 24, 2004 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
"RENEWING MOTION TO COMPEL"
DEFENDANT ARMSTRONG TO FILE RESPONSES TO INTERROGATORIES**

The undersigned defendants object to the above on the basis that these responses were

provided to the plaintiff on June 14, 2004.

DEFENDANTS
Margaret Clark, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: ____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

**<u>CERTIFICATION</u>**

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day

of June, 2004:

Duane Ziemba  # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071


_____/s/_____
Matthew B. Beizer
Assistant Attorney General

2