## United States District Court
## District Of Connecticut

FILED
2004 JUL -9 P 4: 28
U.S. DISTRICT COURT
HARTFORD, CONN

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| vs. | 3:02 cv 1609 (AWT)(DFM) |
| Margaret Clark, et al. | July 4, 2004 |

### Motion To Compel Discovery

Pursuant to Rules 34(b) and 37(a), Fed. R. Civ. P., the plaintiff hereby respectfully moves this honorable Court for an order compelling defendant Clark to file responses (non--evasive ones) to interrogatories dated August 25, 2003.

Accompanying this motion is a memorandum of law in support, with a copy of the interrogatories and the attempted informal resolution.

Wherefore, this honorable Court should grant an order compelling discovery.

1

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of July 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#2