UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUL 14 P 3: 52
U.S. DISTRICT COURT
HARTFORD, CT.

DUANE ZIEMBA  :
 : PRISONER
v. : Case No. 3:02CV1609(AWT)(DFM)
 :
MARGARET CLARK, et al. :

RULING AND ORDER

On May 27, 2004, the court denied plaintiff's motion to compel production of a videotape. That same day, the court received plaintiff's supplemental motion to compel production of the same videotape. In light of the ruling, plaintiff's supplemental motion [**doc. #49**] is **DENIED** as moot.

Defendants seek to withdraw their motions for extension of time to respond to discovery [doc. #47] and their objection to plaintiff's motion for default and sanctions [doc. #48]. They state that these documents should have been filed in another of plaintiff's cases. Defendants' motion [**doc. #51**] is **GRANTED**. The court's order [**doc. #52**] is **VACATED** only with regard to the order granting the motion for extension of time.

Finally, plaintiff has filed a renewed motion to compel defendant Armstrong to respond to interrogatories. Defendants

oppose the motion on the ground that the responses were provided to plaintiff on June 14, 2004. In light of this response, plaintiff's motion [**doc. #53**] is **DENIED**.

    **SO ORDERED** this 14th day of July, 2004, at Hartford, Connecticut.

                                      DONNA F. MARTINEZ
                                      UNITED STATES MAGISTRATE JUDGE