<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED

Duane Ziemba | Civil Action No.
 | 3:02 CV 1609 (AWT)(DFM)
Vs. |
 |
Margaret Clark, et al. | August 3, 2004

<u>Motion For Reconsideration Of Motion</u>
<u>To Compel Production Of Videotape</u>

The plaintiff hereby respectfully moves this honorable Court for reconsideration of his motion to Compel Videotape, for the following reasons:

1. By motion dated May 4, 2004 plaintiff filed motion renewing his motion to Compel Videotapes, <u>as this Court ordered him to do by order dated August 28, 2003.</u> By recent ruling dated July 14, 2004 the Court denied as "moot" the renewing motion.

2. ~~Routinely~~ the Connecticut District Court (grants) orders DOC videotapes to be produced. It is a clear error that plaintiff's motion to

Compel was denied and a manifest injustice. The videotapes are the essential evidence in this case, if copies are not produced it will be profoundly prejudicial.

A motion for reconsideration may be granted on "[1] an intervening change of controlling law, [2] the availability of new evidence, or [3] the need to correct a clear error or prevent manifest injustice." <u>Virgin Atl. Airways</u>, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir.), Cert. denied, 506 U.S. 820, 113 S.Ct. 67, 121 L.Ed. 2d 34 (1992).

In this case, the plaintiff respectfully submits that it was clear error to deny his motion to Compel production of the videotapes. This is an extremely meritorious lawsuit. The videotapes are essential in substantiating the claims in this case. To deny the production of the tapes is to deny justice.

<u>Wherefore, for the following reasons reconsideration should be granted and the ordered production of the videotapes should ensue.</u>

#2

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of August 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By *Duane Ziemba*
Duane Ziemba

#3