UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : | |
| MARGARET CLARK, ET AL. | : | AUGUST 11, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants move for summary judgment on the following grounds:

A.  The plaintiff cannot demonstrate the requisite personal involvement of the defendants in the alleged constitutional violation(s);

B.  The plaintiff cannot demonstrate that the defendants utilized used excessive force;

C.  The defendants are entitled to qualified immunity.

In support thereof, the defendants submit the following:

A.  Memorandum of Law with attachments;

B.  Defendants' Local Rule 56(a)(2) Statement.

                         DEFENDANTS,
                         Margaret Clark, et al.

                         RICHARD BLUMENTHAL
                         ATTORNEY GENERAL

BY: __/s/_____
      Matthew B. Beizer
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Federal Bar #ct16304
      E-Mail: matthew.beizer@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 11th day of August, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

_____/s/_____
Matthew B. Beizer
Assistant Attorney General

2