UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : |  |
| MARGARET CLARK, ET AL. | : | AUGUST 11, 2004 |

## DEFENDANTS' LOCAL RULE 56(a)2 STATEMENT

1. The plaintiff is a pro se inmate who at all times pertinent to this action was incarcerated at Northern Correctional Institution ("Northern").

2. At all times pertinent to this action, the defendants were employees of the Connecticut, Department of Correction ("DOC"). (Complaint).

3. Defendant Armstrong, the former Commissioner of the DOC, was not at Northern and had no knowledge or notice of the incident(s) of October 6, 1999 involving the plaintiff which is the subject of his complaint. (Armstrong Affidavit, para. 11).

4. Defendant Myers, the former Warden at Northern, had no knowledge or notice of the incident(s) of October 6, 1999 involving the plaintiff which is the subject of his complaint. (Myers Affidavit, para. 5).

5. Defendant Myers became the Warden at Northern on February 1, 1999. (Myers Affidavit, para. 3).

6. On October 6, 1999, Correctional Officer Wilbur Strozier reported to correctional supervisors that he witnessed the plaintiff punch his cell door and continuously kick his cell door with his injured foot. (Strozier Incident Report, 10/6/99).

7. On October 6,1999, the decision to place the plaintiff into four point restraints was made by Lieutenant Casey. (Videotape; Incident Reports).

8. On October 6, 1999, the plaintiff was placed into four point restraints by Lieutenant Holland. (Videotape; Incident Reports).

9. Defendant Clark played no role in the plaintiff's placement into four point restraints on October 6, 1999. (Videotape; Incident Reports).

          DEFENDANTS,
          Margaret Clark, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: ___/s/_____
     Matthew B. Beizer
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT 06105
     Federal Bar #ct16304
     E-Mail: matthew.beizer@po.state.ct.us
     Tel: (860) 808-5450
     Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 11th day of August, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

          ____/s/_____
          Matthew B. Beizer
          Assistant Attorney General