## ATTACHMENT TABLE OF CONTENTS

A. **Commissioner Armstrong Affidavit**

B. **Warden Myers Affidavit**

C. **DOC Investigation, S.D. 98-38**

D. **Videotape of Incident(s) of 10/6/99**

E. **Dr. Blanchette Report, 10/26/98**

F. **Lieutenant Casey Incident Report, 10/6/99**

G. **Correctional Officer Strozier Disciplinary Report, 10/6/99**

H. **Correctional Officer Strozier Incident Report, 10/6/99**