UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV1609 (AWT) (DFM) |
| v. | : |  |
| MARGARET CLARK, ET AL. | : | AUGUST 11, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Margaret Clark, et al., have manually filed the following documents:

- Attachments A through H to the Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment

These documents have not been filed electronically because:

[ X ]   the documents cannot be converted to an electronic format
[  ]   the electronic file size of the document exceeds 1.5 megabytes
[  ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS,
Margaret Clark, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: ____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 11th day of August, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

                                                         /s/
                                             Matthew B. Beizer
                                             Assistant Attorney General