UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DUANE ZIEMBA  :
:   PRISONER
v.  :   Case No. 3:02CV1609(AWT)(DFM)
:
MARGARET CLARK, et al.  :

FILED

2004 AUG 16  P 4:09

## RULING AND ORDER

Plaintiff has filed a motion for reconsideration of the denial of his motion to compel.

Rule 7(c)1, D. Conn. L. Civ. R., provides that a motion for reconsideration must be filed within ten days of the date of the decision from which relief is sought.  The court denied plaintiff's motion to compel by ruling filed on May 27, 2004.  A motion filed by a prisoner is considered filed on the day the prisoner gives the motion to prison officials for mailing to the court.  See Dory v. Ryan, 999 F.2d 679, 682 (2d Cir. 1993) (Second Circuit has held that a pro se prisoner complaint is deemed filed as of the date the prisoner gives the complaint to prison officials to be forwarded to the court) (citing Houston v. Lack, 487 U.S. 266, 270 (1988)).  Plaintiff certifies that he mailed his motion to defendants' counsel, and presumably to the court, on August 3, 2004, more than two months after the date of the decision.  Accordingly, plaintiff's motion is denied as

untimely filed.[1]

Plaintiff's motion for reconsideration [**doc. #57**] is **DENIED** as untimely filed.

**SO ORDERED** this 16th day of August, 2004, at Hartford, Connecticut.

_____
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

---

[1]The videotape that is the subject of the motion to compel has been filed by defendants in support of their motion for summary judgment. Thus, any concerns that the tape might be lost or destroyed are moot.