## United States District Court
## District Of Connecticut

2004 ... 29 ... 3: 09

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:02 cv 1609 (AWT)(DFM) |
| Vs. | |
| Margaret Clark, et al. | September 28, 2004 |

## Plaintiff's Motion For An Order For Counsel To Correct Deficient Certification

The plaintiff hereby respectfully moves for an order for counsel for the defendants to correct his deficient certification dated August 11, 2004, for the following reasons:

1. Counsel for the defendants filed a motion for Summary judgment with an attached Videotape— certification stated a copy was mailed to plaintiff on August 11, 2004, but it was not. Therefore as a matter of law this certification is legally deficient. Videotape must be mailed to plaintiff as a matter of law, but has not been.

2. Counsel is using the unacceptable excuse that tape cannot be mailed to plaintiff because he is incarcerated. Legally it is mandated for a copy of the tape to be mailed to plaintiff, and plaintiff will have tape forwarded to one of his representatives. It's irrelevant that he may be incarcerated.

3. The tape is a part of counsel's moving papers and there is no debar that permits counsel from complying with the certification mandate. It's extremely prejudicial that counsel (Ex Parte) has relied on said tape. The tape may not have any relation and absolutely no relevance whatsoever to this case. It is only fair and just that a true and correct copy of the tape be produced to plaintiff, and that plaintiff be permitted to review this (essential evidence) tape.

Wherefore, Counsel should be ordered to correct his deficient certification by mailing a copy of the tape to plaintiff.

#2

Respectfully Submitted

Duane Ziemba

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

### Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of September 2004 :

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By Duane Ziemba
Duane Ziemba

#3