United States District Court
District of Connecticut

FILED
2004 AUG 26 P 3:52

| Duane Ziemba | Civil Action No. |
| --- | --- |
| vs. | 3:02 cv 1609 (AWT)(DFM) |
| Margaret Clark, et al. | August 20, 2004 |

### Plaintiff's Motion For An Extension Of Time To Oppose Defendants' Motion For Summary Judgment

The plaintiff hereby moves this honorable Court for a 30 day extension of time from day of videotape review, to file his motion in opposition to the defendants' motion for summary judgment, for the following reasons:

Accompanying this motion is plaintiff's motion seeking an order for defendants to provide him review of the videotape, which they have recently submitted in support of their motion for summary judgment. Until resolution of the said accompanying motion, plaintiff cannot oppose the defendants' motion. Because plaintiff

4

has never seen the facts in the video which the defendants rely on. It is only fair and just that plaintiff be afforded the right to review the videotape, <u>before</u> opposing the defendants' motion. This is not first action of plaintiff with respect to the videotape. He has been fighting for the right to production of the tape. Which this honorable Court has unjustly denied. Now in further good faith plaintiff very respectfully moves for the ordered review of tape, then 30 days from the date of review to file his motion in opposition.

<u>Wherefore, this honorable Court should grant plaintiff a 30 day extension of time to oppose the defendants' motion for summary judgment, 30 days from the date of video review.</u>

Respectfully Submitted
The Plaintiff

*Duane Ziemba*
Duane Ziemba #128963
Northern C.I. P.O. Box 665
Somers, CT. 06071

#2

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. ~~060~~ 06105

By: Duane Ziemba
Duane Ziemba

#3