United States District Court
District of Connecticut

FILED
2004 AUG 26 P 3:52

| Duane Zienba | Civil Action No. |
| | 3:02 cv 1609 (AWT)(DFM) |
| vs. | |
| Margaret Clark, et al. | August 20, 2004 |

## Motion For An Order For Review Of Videotape

The plaintiff hereby respectfully moves this honorable Court for an order ordering the defendants to provide plaintiff the review of the essential videotape in this case, for the following reasons:

1. Defendants' have just recently filed a motion for Summary judgment and attached a videotape thereto in Support. Plaintiff having never reviewed facts in video is now prejudiced and cannot oppose defendants' motion.

2. By Ruling dated May 7, 2004 the Court denied plaintiff's motion to Compel the videotape, thereby extremely prejudicing plaintiff due to tape

was not therefore produced to person acting in his behalf. Plaintiff filed a motion for reconsideration dated August 3, 2004.

3. Circumstances have changed now due to defendants submitting the videotape in support of their motion for summary judgment. They rely on facts of video, profoundly prejudicing plaintiff, due to plaintiff has never seen video. Before plaintiff can oppose the defendants' motion, it is essential for him to personally review tape, being able to have it stopped and rewound, with opportunity to take notes. The Office of Attorney General and DOC routinely provides the above during litigation.

Wherefore, review of videotape should be ordered to ensue before plaintiff files his motion in opposition, with right to stop, rewind tape and to take notes.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I. P.O. Box 665
Somers, CT. 06071

#2

was mailed to the following copy of the foregoing on this 20th day of August 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3