UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 NOV 10 P 6: 04

U.S. DISTRICT COURT
HARTFORD CT.

DUANE ZIEMBA

v.

MARGARET CLARK, et al.

PRISONER
Case No. 3:02CV1609(AWT)(DFM)

## RULING AND ORDER

Plaintiff has filed three motions in response to defendants' motion for summary judgment. Defendants have not responded to any of the motions.

First, plaintiff asks the court to order defendants to arrange for him to view the videotape filed in support of their motion for summary judgment. Plaintiff asks that he be able to have the tape stopped and rewound during the viewing and that he be permitted to take notes. Plaintiff's motion [**doc. #63**] is **GRANTED**. Within twenty days from the date of this order, defendants shall arrange for plaintiff to view the videotape with the ability to have the tape stopped and rewound and the ability to take notes.

Second, plaintiff seeks an extension of time, until thirty days from the date he views the videotape, to file his response to defendants' motion for summary judgment. Plaintiff's motion [**doc. #62**] is **GRANTED**.

Finally, plaintiff argues that defendants' certification on the motion for summary judgment is incorrect. He states that

although defendants certified that they served a copy of their motion for summary judgment on him, he did not receive a copy of the videotape. Plaintiff asks the court to order that he receive a copy of the videotape or that he be permitted to view the tape. The court previously has denied plaintiff's requests to possess a copy of the videotape but has granted plaintiff's motion to view the videotape. In light of this order, plaintiff's request for a copy of the videotape [**doc. #61**] is **DENIED**.

In conclusion, plaintiff's motion seeking a copy of the videotape filed in support of defendants' motion for summary judgment [**doc. #61**] is **DENIED** and his motions for extension of time [**doc. #62**] and an order directing that he be permitted to view the videotape [**doc. #63**] are **GRANTED**. Defendants shall arrange for plaintiff to view the videotape within **twenty (20)** days from the date of this order and shall permit plaintiff to have the tape stopped and rewound during the viewing. Plaintiff shall be permitted to take notes during the viewing of the videotape. Finally, plaintiff shall file his opposition to defendants' motion for summary judgment within **thirty (30)** days from the date he views the videotape.

**SO ORDERED** this 10th day of November, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

2