<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2005 JAN 12 P 4:47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| Duane Ziemba | Civil Action No.: |
| vs. | 3:02 cv 1609 (AWT)(DFM) |
| Margaret Clark, et al. | January 3, 2005 |

<u>Plaintiff's Motion In Opposition To</u>
<u>Defendants' Motion For Summary Judgment</u>

The plaintiff hereby respectfully opposes the defendants' motion for summary judgment in its entirety. The defendants' motion is patently frivolous and as a matter of law should be denied. Accompanying this motion in support is: a memorandum of law, a Local Rule 56(a)2 Statement, affidavits, and other documentary evidence.

A. The defendants do have the requisite personal involvement in the Constitutional Violations;

B. The plaintiff can demonstrate that the

defendants are, in fact, responsible for the retaliatory and excessive force that was utilized; and

C. The defendants are not entitled to qualified immunity.

Since there are very clear and truly overwhelming genuine issues of material fact in dispute, the defendants are not entitled to judgment as a matter of law. Live testimony at trial must be heard and credibility must be determined in order to arrive at a fair result.

Wherefore, the plaintiff submits to the wisdom of this honorable court that as a matter of law, the defendants' motion should be denied forthwith in its entirety.

Respectfully Submitted
The Plaintiff - Pro Se
/s/ Duane Ziemba / Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470-5500

#2

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of January 2005:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3