United States District Court
District Of Connecticut

FILED
2005 JAN 12 P 4: 47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba

Vs.

Margaret Clark, et al.

Civil Action No.
3:02 cv 1609 (AWT)(DFM)

January 3, 2005

Exhibits -- Plaintiff's Rule 56(e) Affidavit

I, Duane Ziemba, hereby declare under penalty of perjury:

1. Attached hereto as Exhibit 1 is a true and correct copy of the Amended Complaint Civil Action No. 3:98 cv 2344 (JCH)(HBF);

2. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the deposition of defendant Armstrong previously taken in action; Ziemba V. Armstrong, et al. No. 3:98 cv 2344 (JCH)(HBF), which is a previously brought action involving the same subject matter herein this action brought afterward. Fed. R. Civ. P., Rule 32.(E) Substitution of parties pursuant to Rule 25 does not effect the right to

use depositions previously taken; and, when an action has been brought in any Court of the United States or of any State and another action involving the same subject matter is afterward brought between the same parties or their representatives or successors in interest, all depositions lawfully taken and duly filed in the former action may be used in the later as if originally taken therefor;

3. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the deposition of Giovanny Gomez, previously taken in action: Ziemba V. Armstrong, et al. No. 3:98 cv 2344 (JCH)(HBF);

4. Attached hereto as Exhibit 4 is a true and correct copy of; Ruling On Motion To Dismiss, pertaining to Civil Action No. 3:01 cv 2166 (JCH)(HBF);

5. Attached hereto as Exhibit 5 is a true and correct copy of 3 page letter dated September 1, 1998 by Pamela Ziemba to defendant Armstrong, and defendant Armstrong's response thereto dated September 11, 1998;

6. Attached hereto as Exhibit 6 is a true and correct copy of Inmate Grievance No. 141-98-651, 141-99-86,

141-99-087, letters by the plaintiff dated September 1, 3 and 14, 1998, and letters by defendant Armstrong dated September 10, 23, 29, October 20, 1998 and September 9, 1999;

7. Attached hereto as Exhibit 7 is a true and correct copy of Incident Report Page 3 by Jose M. Santa dated September 27, 1998, Pictures dated September 27, 1998, Medical Incident Report dated September 27, 1998, Clinical Record dated September 27, 1998, letter by defendant Armstrong dated October 20, 1998, letter by James C. Amis dated December 8, 1998, A Telefax dated October 16, 1998, Diagnostic Radiologic Report, and Memorandum by Edward Blanchette, M.D. dated October 26, 1998;

8. Attached hereto as Exhibit 8 is a true and correct copy of Inmate Grievance filed by plaintiff dated February 16, 1999;

9. Attached hereto as Exhibit 9 is a true and correct copy of letter by plaintiff dated February 19, 1999 to defendant Myers, and Inmate Grievance filed by plaintiff dated February 19, 1999;

10. Attached hereto as Exhibit 10 is a true and correct copy of Inmate Grievance filed by the plaintiff dated 2/27/04;

#3

11. Attached hereto as Exhibit 11 is a true and correct copy of Inmate Grievance IGP No. 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, and Interrogatories served on defendant Myers dated 12/2/03 pertaining to prior action No. 3:01 cv 2166 (JCH)(HBF);

12. Attached hereto as Exhibit 12 is a true and correct copy of Inmate Grievance dated 3/8/99, 3/30/99 and 5/18/99;

13. Attached hereto as Exhibit 13 is a true and correct copy of Inmate Grievance IGP No. 141-99-231;

14. Attached hereto as Exhibit 14 is a true and correct copy of Inmate Grievance IGP No. 141-99-729;

15. Attached hereto as Exhibit 15 is a true and correct copy of Inmate Grievance IGP No. 141-99-731;

16. Attached hereto as Exhibit 16 is a true and correct copy of Inmate Grievance IGP No. 141-99-822 and 141-99-984;

17. Attached hereto as Exhibit 17 is a true and correct copy of Inmate Grievance IGP No. 141-99-800, 141-99-805 and 12 Medical Incident Reports from 9/16/99 and 9/17/99;

#4

18. Attached hereto as Exhibit 18 is a true and correct copy of Inmate Grievance IGP No. 141-99-920;

19. Attached hereto as Exhibit 19 is a true and correct copy of Inmate Grievance dated 9/29/99, 10/2/99, 10/5/99, 10/1/99, 10/3/99, and 10/4/99;

20. Attached hereto as Exhibit 20 is a true and correct copy of Inmate Grievance IGP No. 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;

21. Attached hereto as Exhibit 21 is a true and correct copy of Inmate Grievance IGP No. 141-00-106;

22. Attached hereto as Exhibit 22 is a true and correct copy of Inmate Grievance IGP No. 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;

23. Attached hereto as Exhibit 23 is a true and correct copy of Inmate Grievance IGP No. 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;

24. Attached hereto as Exhibit 24 is a true and correct copy of Plaintiff's Medical Records from 10/6/99, 10/7/99 and 10/8/99;

25. Attached hereto as Exhibit 25 is a true and correct copy of 13 Medical Incident Reports from 10/6/99 and 10/7/99 the four point restraint of plaintiff herein this present case and a Restraint

#5

Observation Checklists from 10/6/99 and 10/7/99;

26. Attached hereto as Exhibit 26 is a true and correct copy of Computer printout Pacer Service Center dated 11/7/03 of Civil action No. 3:98 cv 2344 (JCH) and 3:98 cv 2370;

27. Attached hereto as Exhibit 27 is a true and correct copy of D.O.C. Administrative Directive dated (6.5) 8/3/98;

28. Attached hereto as Exhibit 28 is a true and correct copy of D.O.C. Administrative Directive 6.5 Use of Force -- Revised -- Effective date 3/5/03;

29. Attached hereto as Exhibit 29 is a true and correct copy of United States District Court District of Connecticut Ruling On Defendants' Motion For Summary Judgment dated November 8, 2004, Civil Action No. 3:98 cv 2344 (JCH).

Respectfully Submitted
Duane Ziemba / Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

#6

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Signed: *Duane Ziemba*
Duane Ziemba #128963

Sworn and subscribed before me on this __1st__ day of __October__, 2004.

_____*Christopher K*_____ my commission expires 1/31/08
Notary Public

#7

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of January 2005:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba