UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DUANE ZIEMBA

v.

MARGARET CLARK
JOHN ARMSTRONG
LARRY MYERS
WILLIAM FANEUFF
MICHAEL HOLLAND

PRISONER
CIVIL NO. 3:02cv1609 (AWT)

## J U D G M E N T

This cause came on for consideration on defendants' motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge.

The Court has considered the motions and all the related papers. On March 15, 2005, the Court filed its Ruling on Defendants' Motion for Summary Judgment granting defendants' motion and directing the Clerk to close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 16th day of March, 2005.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____