United States District Court
District Of Connecticut

**FILED**
2005 MAR 29 P 4:19
US DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba

VS.

Margaret Clark, et al.

Civil Action No.
3:02 cv 1609 (AWT)

March 25, 2005

## Notice Of Appeal

1. Pursuant to F.R.A.P. 4(a)(1), the plaintiff Duane Ziemba hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the (3/15/05) Court's Ruling on the defendants' motion for Summary Judgment.

   a. The Court's Ruling in this action was entered on March 15, 2005.

3. The basis for the appeal is that the District Court erred as a matter of law in granting the defendants' motion for summary judgment on the basis of: (a) the District Court did not apply the correct legal standard to evaluate the summary judgment motion and the Unconstitutional retaliation claims; (b) erred

in dismissing the action on prior pending action; (c) erred in granting defendant Clark judgment; (d) erred in its judgment to defendants Armstrong and Myers and their supervisory liability; and the District Court did not evaluate the plaintiff's set forth genuine issues of the material facts and documentary evidence.

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of March 2005:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
    Duane Ziemba