FILED
2005 OCT 12 P 2: 16
U.S. DISTRICT COURT
NEW HAVEN CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Ziemba

VS.

CV. NO. 3:02 cv 1609 (AWT)

USCA NO.   05-1613

Clark, et al

### INDEX TO THE RECORD ON APPEAL



I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND VOLUMES OF ORIGINAL RECORD.
DATE: